GIBSON, DUNN & CRUTCHER LLP
THEANE D. EVANGELIS, SBN 243570
  tevangelis@gibsondunn.com
DHANANJAY S. MANTHRIPRAGADA, SBN 254433
  dmanthripragada@gibsondunn.com
HEATHER L. RICHARDSON, SBN 246517
  hrichardson@gibsondunn.com
BRANDON J. STOKER, SBN 277325
  bstoker@gibsondunn.com
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone:   213.229.7000
Facsimile:   213.229.7520

Attorneys for Defendants
SCALE AI, INC. and SMART ECOSYSTEM, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANGELA SCHUSTER, ANNA PENDLETON, HOWARD QUATTLEBAUM, XAVIER RETANA, LATOYA HOWARD, and STEVE MCKINNEY, individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SCALE AI, INC., a corporation; SMART ECOSYSTEM, INC., a corporation; OUTLIER AI, INC, a corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:25-cv-00620-JSC<br><br>**DEFENDANTS' CERTIFICATION OF CONFLICTS AND INTERESTED ENTITIES OR PERSONS**<br><br>Action Filed:   January 17, 2025<br>Trial Date:      None Set |

Pursuant to Federal Rule of Civil Procedure 7.1 and Northern District of California Civil Local Rule 3-15, the undersigned counsel of record for Defendants Scale AI, Inc. and Smart Ecosystem, Inc.[1] (collectively, "Defendants") certify that they are not aware of any conflict, financial or otherwise, that the presiding judge may have with the parties to the litigation. Defendants hereby disclose that no parent corporation or any publicly held corporation, other than the parties themselves, owns 10% or more of any Defendant's stock. Defendants further disclose that the following listed persons, associations of persons, firms, partnerships, corporations (including, but not limited to, parent corporations), or other entities, other than the parties themselves, have a significant financial interest in the Defendant entities that that could be substantially affected by the outcome of this proceeding:

- Alexandr Wang
- Accel-XII L.P.
- Index Ventures VIII (Jersey), L.P.

DATED: June 3, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane D. Evangelis*
Theane D. Evangelis
Dhananjay S. Manthripragada
Heather L. Richardson
Brandon J. Stoker

Attorneys for Defendants
SCALE AI, INC. and SMART ECOSYSTEM, INC.

---

[1] Counsel for Defendants has informed Plaintiffs' counsel that Outlier AI, Inc. is not affiliated with Scale AI, Inc. or Smart Ecosystems, Inc. The parties are discussing options for dismissing Outlier, AI, Inc. from this action.