| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEANE D. EVANGELIS, SBN 243570<br>  tevangelis@gibsondunn.com<br>HEATHER L. RICHARDSON, SBN 246517<br>  hrichardson@gibsondunn.com<br>BRANDON J. STOKER, SBN 277325<br>  bstoker@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, California  90071-3197<br>Telephone:   213.229.7000<br>Facsimile:    213.229.7520<br><br>Attorneys for Defendants Scale AI, Inc. and Smart Ecosystem, Inc. | CLARKSON LAW FIRM, P.C.<br>RYAN J. CLARKSON, SBN 257074<br>  rclarkson@clarksonlawfirm.com<br>GLENN A. DANAS, SBN 270317<br>  gdanas@clarksonlawfirm.com<br>MAXIM GORBUNOV, SBN 343128<br>  mgorbunov@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, California  90265<br>Telephone:   213.788.4050<br>Facsimile:    213.788.4070<br><br>CLARKSON LAW FIRM, P.C.<br>ZARRINA OZARI, SBN 334443<br>  zozari@clarksonlawfirm.com<br>95 3rd Street, 2nd Floor<br>San Francisco, California  94103<br>Telephone:   415.651.7990<br>Facsimile:    213.788.4070<br><br>Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SCHUSTER, ANNA PENDLETON, HOWARD QUATTLEBAUM, XAVIER RETANA, LATOYA HOWARD, and STEVE MCKINNEY, individually, and on behalf of all other similarly situated,<br><br>            Plaintiffs,<br><br>  v.<br><br>SCALE AI, INC., a corporation; SMART ECOSYSTEM, INC., a corporation; OUTLIER AI, INC, a corporation; and DOES 1-50, inclusive,<br><br>            Defendants. | CASE NO. 3:25-cv-00620-JSC<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING OUTLIER AI, INC. FROM THIS ACTION**<br><br>Trial Date: None Set<br>Date Action Filed: January 17, 2025 |

WHEREAS, on January 17, 2025, Plaintiffs Angela Schuster, Anna Pendleton, Howard Quattlebaum, Xavier Retana, Latoya Howard, and Steve McKinney (together "Plaintiffs") filed a Complaint against Defendants Scale AI, Inc. ("Scale"), Smart Ecosystem, Inc. ("Smart Ecosystem"), and Outlier AI, Inc.;

WHEREAS, counsel for Scale and Smart Ecosystem, has met and conferred with counsel for Plaintiffs to clarify that the corporation named as a defendant in this matter, Outlier AI, Inc., is not and has never been affiliated with Scale or Smart Ecosystem;

WHEREAS, the parties have reached an agreement regarding voluntary dismissal of Outlier AI, Inc. as a defendant to this action without prejudice.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective counsel, and subject to the approval of the Court, that:

1. Effective upon entry of an order approving this Stipulation, Outlier AI, Inc. is dismissed as a Defendant in this Action without prejudice, shall no longer be a party to this action, and shall have no obligation to defend this action further.

2. Plaintiffs reserve the right to name Outlier AI, Inc. as a defendant to this action if, through the course of discovery, Plaintiffs believe that Outlier AI, Inc. as a corporation was involved in the alleged violations in this Action.

3. In the event Plaintiffs name Outlier AI, Inc. as a defendant to this action, Scale and Smart Ecosystem reserve all rights.

Except as expressly set forth herein, the parties reserve, and do not waive, any of their rights, claims, or defenses.

| | | |
|---|---|---|
| DATED: August 12, 2025 | | Respectfully submitted, |
| | | GIBSON, DUNN & CRUTCHER LLP |
| | | By: */s/ Heather L. Richardson* |
| | | Theane D. Evangelis |
| | | Heather L. Richardson |
| | | Brandon J. Stoker |
| | | Attorneys for Defendants |
| DATED: August 12, 2025 | | CLARKSON LAW FIRM, P.C. |
| | | By: */s/ Glenn A. Danas* |
| | | Ryan J. Clarkson |
| | | Glenn A. Danas |
| | | Zarrina Ozari |
| | | Maxim Gorbunov |
| | | Attorneys for Plaintiffs |

**[PROPOSED] ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: _____, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge

**ECF SIGNATURE ATTESTATION**

In accordance with Civil Local Rule 5-1, the filer of this document hereby attests under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories hereto.

Date: August 12, 2025              GIBSON, DUNN & CRUTCHER LLP


                                   By:  */s/ Heather L. Richardson*
                                        Heather L. Richardson