| | |
|---|---|
| GIBSON, DUNN & CRUTCHER LLP<br>THEANE D. EVANGELIS, SBN 243570<br>    tevangelis@gibsondunn.com<br>HEATHER L. RICHARDSON, SBN 246517<br>    hrichardson@gibsondunn.com<br>BRANDON J. STOKER, SBN 277325<br>    bstoker@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, California  90071-3197<br>Telephone:    213.229.7000<br>Facsimile:     213.229.7520<br><br>Attorneys for Defendants Scale AI, Inc. and Smart Ecosystem, Inc. | CLARKSON LAW FIRM, P.C.<br>RYAN J. CLARKSON, SBN 257074<br>    rclarkson@clarksonlawfirm.com<br>GLENN A. DANAS, SBN 270317<br>    gdanas@clarksonlawfirm.com<br>MAXIM GORBUNOV, SBN 343128<br>    mgorbunov@clarksonlawfirm.com<br>22525 Pacific Coast Highway<br>Malibu, California  90265<br>Telephone:    213.788.4050<br>Facsimile:     213.788.4070<br><br>CLARKSON LAW FIRM, P.C.<br>ZARRINA OZARI, SBN 334443<br>    zozari@clarksonlawfirm.com<br>95 3rd Street, 2nd Floor<br>San Francisco, California  94103<br>Telephone:    415.651.7990<br>Facsimile:     213.788.4070<br><br>Attorneys for Plaintiffs |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGELA SCHUSTER, ANNA PENDLETON, HOWARD QUATTLEBAUM, XAVIER RETANA, LATOYA HOWARD, and STEVE MCKINNEY, individually, and on behalf of all other similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>SCALE AI, INC., a corporation; SMART ECOSYSTEM, INC., a corporation; and DOES 1-50, inclusive,<br><br>                    Defendants. | CASE NO. 3:25-cv-00620-JSC<br><br>**JOINT STIPULATION AND [<s>PROPOSED</s>] ORDER RE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FACTUAL ISSUE RE CONTRACT FORMATION**<br><br>Date: September 23, 2025<br>Time: 10:00 a.m.<br>Dept: Courtroom 8<br>Judge: Hon. Jacqueline Scott Corley<br><br>Trial Date: None Set<br>Date Action Filed: January 17, 2025 |

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [<s>PROPOSED</s>] ORDER RE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FACTUAL ISSUE RE CONTRACT FORMATION
CASE NO. 3:25-CV-00620

WHEREAS, on April 2, 2025, Defendants Scale AI, Inc. ("Scale"), Smart Ecosystem, Inc. ("Smart Ecosystem") (together "Defendants") filed a Motion to Compel Arbitration;

WHEREAS, on May 19, 2025, Plaintiffs Angela Schuster, Anna Pendleton, Howard Quattlebaum, Xavier Retana, Latoya Howard, and Steve McKinney (together "Plaintiffs") filed their Opposition to Defendants' Motion to Compel Arbitration;

WHEREAS, on June 9, 2025, Defendants filed their Reply in support of Defendants' Motion to Compel Arbitration;

WHEREAS, on August 25, 2025, the Court ordered the parties to meet and confer regarding the "new evidence [in the Supplemental Declaration of Christopher Stephens] and whether, in light of the evidence, Plaintiffs still contend they were not presented with the Terms of Use. And, if so, then the parties shall also meet and confer on what discovery, if any, is required from each side regarding the making of the agreement issue and also attempt to agree on a discovery schedule." The Court directed the parties to "make a joint submission by September 4, 2025 that sets forth their agreements and disagreements, if any, regarding the above";

WHEREAS, the parties have met and conferred and come to an agreement on the discovery Plaintiffs require, and Defendants have served that discovery on Plaintiffs;

WHEREAS, on August 28, 2025, the parties have informed the Court of scheduling conflicts on September 11, 2025, but the Court's Deputy, Ms. Ada Means, informed the parties that a hearing on Defendants' motion to compel arbitration may proceed on September 23, 2025, which works for both parties.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED BY THE PARTIES, through their respective counsel, and subject to the approval of the Court, that:

1. The hearing shall be held on September 23, 2025 at 10:00 a.m.

2. Although Plaintiffs do not recall checking any boxes or affirmatively agreeing to any Terms of Use, Plaintiffs accept that Scale has produced data reflecting the date and time each Plaintiffs checked a box, and that this data represents that the box was checked.

Gibson, Dunn & Crutcher LLP

2

JOINT STIPULATION AND [PROPOSED] ORDER RE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FACTUAL ISSUE RE CONTRACT FORMATION
CASE NO. 3:25-CV-00620

DATED: September 4, 2025

Respectfully submitted,

GIBSON, DUNN & CRUTCHER LLP

By: */s/ Theane D. Evangelis*
    Theane D. Evangelis
    Heather L. Richardson
    Brandon J. Stoker

Attorneys for Defendants

DATED: September 4, 2025

CLARKSON LAW FIRM, P.C.

By: */s/ Zarrina Ozari*
    Ryan J. Clarkson
    Glenn A. Danas
    Zarrina Ozari
    Maxim Gorbunov

Attorneys for Plaintiffs

Gibson, Dunn & Crutcher LLP

3

JOINT STIPULATION AND [PROPOSED] ORDER RE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FACTUAL ISSUE RE CONTRACT FORMATION
CASE NO. 3:25-CV-00620

[~~PROPOSED~~] **ORDER**

PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

Date: September 5, 2025

_____
Hon. Jacqueline Scott Corley
United States District Judge

Gibson, Dunn & Crutcher LLP

4

JOINT STIPULATION AND [~~PROPOSED~~] ORDER RE HEARING ON DEFENDANTS' MOTION TO COMPEL ARBITRATION AND FACTUAL ISSUE RE CONTRACT FORMATION
CASE NO. 3:25-CV-00620