**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
*rclarkson@clarksonlawfirm.com*
Glenn A. Danas (SBN 270317)
*gdanas@clarksonlawfirm.com*
Maxim Gorbunov (SBN 343128)
*mgorbunov@clarksonlawfirm.com*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

**CLARKSON LAW FIRM, P.C.**
Zarrina Ozari (SBN 334443)
*zozari@clarksonlawfirm.com*
95 3rd St., 2nd Floor
San Francisco, CA 94103
Telephone: (415) 651-7990
Facsimile: (213) 788-4070

*Attorneys for Plaintiffs and the Putative Class*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGELA SCHUSTER, ANNA PENDLETON, HOWARD QUATTLEBAUM, XAVIER RETANA, LATOYA HOWARD, and STEVE MCKINNEY, individually, and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>*v.*<br><br>SCALE AI, INC., a corporation; SMART ECOSYSTEM, INC., a corporation; OUTLIER AI, INC, a corporation; and DOES 1-50, inclusive,<br><br>Defendants. | CASE NO. 3:25-cv-00620-JSC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS**<br><br>Hon. Jaqueline S. Corley |

PLEASE TAKE NOTICE that pursuant to F.R.C.P., Rule 41(a)(1)(A)(i), Plaintiffs Angela Schuster, Anna Pendleton, Howard Quatlebaum, Xavier Retana, Latoya Howard, Steve McKinney ("Plaintiffs") voluntarily dismiss their claims against Scale AI, Inc., Smart Ecosystem, Inc., and Outlier AI, Inc ("Defendants") (collectively, the "Parties") with prejudice as to the named plaintiffs and without prejudice as to the putative class.

It is therefore requested that these actions be dismissed with prejudice as to the named plaintiffs and without prejudice as to the putative class.

I declare under penalty of perjury that I am the attorney for the Plaintiffs in the above-entitled action, and that the foregoing is true of my own knowledge.

DATED: August 10, 2026

**CLARKSON LAW FIRM, P.C.**

By: /s/ *Glenn A. Danas*
Ryan J. Clarkson
Glenn A. Danas
Zarrina Ozari
Maxim Gorbunov

*Attorneys for Plaintiffs*

**[PROPOSED] ORDER**

The above NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO THE NAMED PLAINTIFFS AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS is granted and the case is dismissed with prejudice as to the named Plaintiffs Angela Schuster, Anna Pendleton, Howard Quatlebaum, Xavier Retana, Latoya Howard, Steve McKinney and without prejudice as to the putative class.

**IT IS SO ORDERED.**

DATED:

Hon. Jacqueline Scott Corley
United States District Judge